**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marshall Rinkenberger,

Plaintiff,

Civil No. 00-1609 (RHK/RLE)

vs.

**ORDER**

City of Clearwater,

Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings herein (including the August 30, 2000 letter objections/appeal of Plaintiff), it is **ORDERED** that the Plaintiffs' Application for in forma pauperis status (Doc. No. 2) is **DENIED**.

Dated: September 7, 2000

RICHARD H. KYLE
United States District Judge

SEP 07 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________