**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marshall Rinkenberger,

Plaintiff, Civil No. 00-1609 (RHK/RLE)

vs. **O R D E R**

City of Clearwater,

Defendant.

---

The Summons in this matter was not issued until September 15, 2000; accordingly, service on the Defendants on November 21, 2000 was timely. The Motion to Dismiss Plaintiff's Complaint (Doc. No. 13) is **DENIED**.

Dated: January 11, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK