# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marshall Rinkenberger

Plaintiff

v.

City of Clearwater

Defendants

Case No. Civil 00-1609 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant City of Clearwater's motion for summary judgment is granted. Plaintiff Marshall Rinkenberger's motion for summary judgment is denied. Plaintiff Marshall Rinkenberger's complaint is hereby dismissed with prejudice.

DATE: November 5, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk